IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAISTA GUL CHUGHTAI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEANES HOSPITAL AND TEMPLE | : | |
| UNIVERSITY HEALTH SYSTEM, INC. | : | No. 11-4173 |

## ORDER

**AND NOW**, this 26th day of September, 2012, upon consideration of Defendants' Motion

for Summary Judgment (Docket No. 18), and all documents filed in connection therewith, **IT IS**

**HEREBY ORDERED** that the Motion is **GRANTED**.  **IT IS FURTHER ORDERED** that

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

BY THE COURT:

/s/John R. Padova

John R. Padova, J.